**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): **17-42076**

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☑ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Glenn** <br> First Name <br><br> **C.** <br> Middle Name <br><br> **Griswold** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Amanda** <br> First Name <br><br> **L.** <br> Middle Name <br><br> **Griswold** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
|  | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | First Name <br><br> Middle Name <br><br> Last Name | First Name <br><br> Middle Name <br><br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __9_ _3_ _0_ _7_ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – __5_ _3_ _0_ _0_ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1  **Glenn C. Griswold**
Debtor 2  **Amanda L. Griswold**

Case number (if known) **17-42076**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.  ☑ I have not used any business names or EINs.

Business name _____  Business name _____

Business name _____  Business name _____

Business name _____  Business name _____

EIN __ __ – __ __ __ __ __ __ __  EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __  EIN __ __ – __ __ __ __ __ __ __

**5.  Where you live**

**114 Pineridge Circle**
_____
Number   Street

_____

_____

**Sherman            TX    75092**
City            State   ZIP Code

**Grayson**
_____
County

If Debtor 2 lives at a different address:

**2614 Butterfield Trail**
_____
Number   Street

_____

_____

**Sherman            TX    75092**
City            State   ZIP Code

**Grayson**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City          State   ZIP Code

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

**2614 Butterfield Trail**
_____
Number   Street

_____
P.O. Box

**Sherman            TX    75092**
City          State   ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Glenn C. Griswold**

Debtor 2    **Amanda L. Griswold**                                        Case number (if known) **17-42076**

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| **9.** | **Have you filed for bankruptcy within the last 8 years?** | ☑ No |
| | | ☐ Yes. |

District _____   When _____   Case number _____
                                        MM / DD / YYYY

District _____   When _____   Case number _____
                                        MM / DD / YYYY

District _____   When _____   Case number _____
                                        MM / DD / YYYY

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No |
| | | ☐ Yes. |

Debtor _____        Relationship to you _____

District _____   When _____   Case number, _____
                                        MM / DD / YYYY    if known

Debtor _____        Relationship to you _____

District _____   When _____   Case number, _____
                                        MM / DD / YYYY    if known

| | | |
|---|---|---|
| **11.** | **Do you rent your residence?** | ☑ No.   Go to line 12. |
| | | ☐ Yes.   Has your landlord obtained an eviction judgment against you? |

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Glenn C. Griswold** | |
|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | |

Case number (if known) **17-42076**

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number      Street

_____

_____
City                              State        ZIP Code

Debtor 1    **Glenn C. Griswold**

Debtor 2    **Amanda L. Griswold**
_____    Case number (if known) **17-42076**

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy.  You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | |
|---|---|
| Debtor 1 | **Glenn C. Griswold** |
| Debtor 2 | **Amanda L. Griswold** |

Case number (if known)  **17-42076**

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Glenn C. Griswold**
Debtor 2    **Amanda L. Griswold**                                                    Case number (if known) **17-42076**

| Part 7: | Sign Below |
|---------|-----------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Glenn C. Griswold**                                         X **/s/ Amanda L. Griswold**
   Glenn C. Griswold, Debtor 1                                 Amanda L. Griswold, Debtor 2

Executed on **05/16/2019**                                         Executed on **05/16/2019**
     MM / DD / YYYY                                        MM / DD / YYYY

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | | Case number (if known) **17-42076** |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Richard Pelley**                                          Date **05/16/2019**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Richard Pelley**
Printed name

**Pelley Law Offices**
Firm Name

**905 North Travis Street**
Number          Street

**Sherman**                          **TX**          **75090**
City                                 State         ZIP Code

Contact phone  **(903) 813-4778**          Email address **richard.pelley@verizon.net**

**15732500**                          **TX**
Bar number                           State

---

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **C.** | **Griswold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda** | **L.** | **Griswold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42076**
(if known)

☑ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**2614 Butterfield Trail, Sherman, Texas 75092**

**Grayson**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$280,000.00** | **$280,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................➔

**$280,000.00**

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| Debtor 1 | **Glenn C. Griswold** |
|---|---|
| Debtor 2 | **Amanda L. Griswold** |

Case number (if known)   **17-42076**

---

3.1.

Make: **Dodge Ram**

Model: **2500**

Year: **2008**

Approximate mileage: _____

Other information:

**2008 Dodge Ram 2500**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

---

3.2.

Make: **GMC**

Model: **Yukon**

Year: **2009**

Approximate mileage: _____

Other information:

**2009 GMC Yukon**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here** ........................................... ➔

| | |
|---|---|
| | **$15,000.00** |

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**

    $2,775.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**

    $850.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe..... **pictures**

    $150.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe..... **misc.**

    $100.00

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes.  Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....  **See continuation page(s).**                  $950.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....  **See continuation page(s).**                  $600.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.  Describe.....  **See continuation page(s).**                  $20.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here...................................................................** ➔     $5,445.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.................................................................................................... Cash: ..........................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................          Institution name:

17.1.    Checking account:        **Checking account - Chase**                  $500.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes...........................          Institution or issuer name:

Debtor 1     **Glenn C. Griswold**
Debtor 2     **Amanda L. Griswold**                                                   Case number (if known)  **17-42076**

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes.  Give specific
information about
them.......................... Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific
information about
them.......................... Issuer name:

21.  **Retirement or pension accounts**
*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☒ Yes.  List each
account separately.     Type of account:      Institution name:

401(k) or similar plan:  **401(k)**                                                         **$4,000.00**

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes.......................... Institution name or individual:

23.  **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.......................... Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes.......................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific
information about them

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific
information about them

27.  **Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific
information about them

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

29. **Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

31. **Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value................   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**................................................................................ ➜

| $4,500.00 |
|---|

Debtor 1    **Glenn C. Griswold**
Debtor 2    **Amanda L. Griswold**
Case number (if known)    **17-42076**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.    List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..    _____

39.  **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..    _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..    _____

41.  **Inventory**

☑ No
☐ Yes.  Describe..    _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....    _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here........................................................................** ➔ | **$0.00** |

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

---

| | |
|---|---|
| Debtor 1 | **Glenn C. Griswold** |
| Debtor 2 | **Amanda L. Griswold** |

Case number (if known) __17-42076__

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....
_____

**48. Crops--either growing or harvested**
☑ No
☐ Yes.  Give specific information...............
_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....
_____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....
_____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes.  Give specific information...............
_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................➔ | **$0.00** |

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here**.............................................➔ | **$0.00** |

Debtor 1    **Glenn C. Griswold**
Debtor 2    **Amanda L. Griswold**

Case number (if known)    **17-42076**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

55.   **Part 1: Total real estate, line 2**....................................................................................................➔    $280,000.00

56.   **Part 2: Total vehicles, line 5**    $15,000.00

57.   **Part 3: Total personal and household items, line 15**    $5,445.00

58.   **Part 4: Total financial assets, line 36**    $4,500.00

59.   **Part 5: Total business-related property, line 45**    $0.00

60.   **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61.   **Part 7: Total other property not listed, line 54**    +    $0.00

62.   **Total personal property.**   Add lines 56 through 61..................    $24,945.00    Copy personal property total ➔ +    $24,945.00

63.   **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................    $304,945.00

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

6. **Household goods and furnishings (details):**

| | |
|---|---|
| **recliner** | **$100.00** |
| **coffee tables** | **$50.00** |
| **lamps** | **$150.00** |
| **dining table and chairs** | **$450.00** |
| **stove** | **$250.00** |
| **dishwasher** | **$100.00** |
| **microwave** | **$50.00** |
| **refrigerator** | **$250.00** |
| **freezer** | **$50.00** |
| **dresser** | **$100.00** |
| **armoire** | **$200.00** |
| **nightstand** | **$100.00** |
| **mirror** | **$200.00** |
| **beds** | **$500.00** |
| **printer** | **$25.00** |
| **sofa** | **$100.00** |
| **table** | **$100.00** |

7. **Electronics (details):**

| | |
|---|---|
| **tv's** | **$500.00** |
| **dvd player** | **$25.00** |
| **speakers** | **$25.00** |
| **computers** | **$300.00** |

11. **Clothes (details):**

| | |
|---|---|
| **wearing apparel** | **$500.00** |
| **accessories** | **$200.00** |
| **shoes** | **$250.00** |

12. **Jewelry (details):**

| | |
|---|---|
| **wedding ring** | **$500.00** |
| **watch** | **$100.00** |

13. **Non-farm animals (details):**

| | |
|---|---|
| **dog** | **$10.00** |
| **cats** | **$10.00** |

Debtor 1    **Glenn C. Griswold**
Debtor 2    **Amanda L. Griswold** _____    Case number (if known)    **17-42076** _____

**Fill in this information to identify your case:**

| Debtor 1 | **Glenn** | **C.** | **Griswold** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda** | **L.** | **Griswold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42076**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2614 Butterfield Trail, Sherman, Texas 75092**<br>Line from *Schedule A/B*:    **1.1** | **$280,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1) (Claimed: $37,012.16**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2008 Dodge Ram 2500**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **3.1** | **$10,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $3,775.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2008 Dodge Ram 2500**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.1__ | **$10,000.00** | ☒ **$2,378.35**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed:**<br>**$2,378.35**<br>**100% of fair market value, up to any**<br>**applicable statutory limit $2302.73)** |
| Brief description:<br>**2009 GMC Yukon**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | **$5,000.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed:**<br>**$3,775.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**2009 GMC Yukon**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | **$5,000.00** | ☒ **$1,225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed:**<br>**$1,225.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit $1225.00)** |
| Brief description:<br>**recliner**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$100.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**coffee tables**<br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$50.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**lamps**<br>Line from *Schedule A/B*: __6__ | **$150.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$150.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**dining table and chairs**<br>Line from *Schedule A/B*: __6__ | **$450.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$450.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**stove**<br>Line from *Schedule A/B*: __6__ | **$250.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$250.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |
| Brief description:<br>**dishwasher**<br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐ ___<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>**$100.00**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**microwave**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**refrigerator**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**freezer**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**dresser**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**armoire**<br><br>Line from *Schedule A/B*:   **6** | **$200.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**nightstand**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**mirror**<br><br>Line from *Schedule A/B*:   **6** | **$200.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**beds**<br><br>Line from *Schedule A/B*:   **6** | **$500.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**printer**<br><br>Line from *Schedule A/B*:   **6** | **$25.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $25.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Glenn C. Griswold** |
|---|---|
| Debtor 2 | **Amanda L. Griswold** |

Case number (if known)   **17-42076**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**sofa**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**table**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**tv's**<br><br>Line from *Schedule A/B*:   **7** | **$500.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**dvd player**<br><br>Line from *Schedule A/B*:   **7** | **$25.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $25.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**speakers**<br><br>Line from *Schedule A/B*:   **7** | **$25.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $25.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**computers**<br><br>Line from *Schedule A/B*:   **7** | **$300.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**pictures**<br><br>Line from *Schedule A/B*:   **8** | **$150.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $150.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**misc.**<br><br>Line from *Schedule A/B*:   **9** | **$100.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**wearing apparel**<br><br>Line from *Schedule A/B*:   **11** | **$500.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | | |
| | | Case number (if known) | **17-42076** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**accessories**<br><br>Line from *Schedule A/B*: __11__ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**shoes**<br><br>Line from *Schedule A/B*: __11__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**wedding ring**<br><br>Line from *Schedule A/B*: __12__ | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**watch**<br><br>Line from *Schedule A/B*: __12__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**dog**<br><br>Line from *Schedule A/B*: __13__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**cats**<br><br>Line from *Schedule A/B*: __13__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Checking account - Chase**<br><br>Line from *Schedule A/B*: __17.1__ | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**401(k)**<br><br>Line from *Schedule A/B*: __21__ | **$4,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12) (Claimed: $4,000.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **C.** | **Griswold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda** | **L.** | **Griswold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42076**
(if known)

☑ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Guild Mortgage**
Creditor's name
**PO BOX 85046**
Number      Street

**Describe the property that secures the claim:**

**Homestead Arrears**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $14,292.28 | $280,000.00 | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SAN DIEGO        CA   92186-5046**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** 5/1/2014

**PRIMARY RESIDENCE**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Deed of Trust**

**Last 4 digits of account number**    1   6   1   9

Add the dollar value of your entries in Column A on this page. Write that number here:

$14,292.28

Debtor 1  **Glenn C. Griswold**
Debtor 2  **Amanda L. Griswold**

Case number (if known)  **17-42076**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Guild Mortgage**
Creditor's name
**PO BOX 85046**
Number     Street

Describe the property that secures the claim:

**2nd lien on homestead**

$72,987.84     $280,000.00

**SAN DIEGO     CA    92186-5046**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Deed of Trust**

**Date debt was incurred**                    **Last 4 digits of account number**  ___  ___  ___  ___

**Due at the maturity date of the 1st lien.**

**2.3**

**Guild Mortgage**
Creditor's name
**PO BOX 85046**
Number     Street

Describe the property that secures the claim:

**Homestead**

$11,329.06     $280,000.00

**SAN DIEGO     CA    92186-5046**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Deed of Trust**

**Date debt was incurred**                    **Last 4 digits of account number**  ___  ___  ___  ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

$84,316.90

| Debtor 1 | **Glenn C. Griswold** | |
|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known)  **17-42076** |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**

**Guild Mortgage Co.**
Creditor's name
**P.O. Box 85046**
Number    Street

Describe the property that secures the claim:
**Homestead**

**$170,000.00**    **$280,000.00**

**San Diego        CA    92186-5046**
City                State    ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Deed of Trust**

Date debt was incurred    **5/2014**      Last 4 digits of account number    **1  6  1  9**

---

**2.5**

**One Main Financial**
Creditor's name
**3515 W. FM 120**
Number    Street
**Ste. 120**

Describe the property that secures the claim:
**2007 Dodge Ram Truck**

**$3,846.65**    **$10,000.00**

**Denison        TX    75020**
City                State    ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Certificate of Title**

Date debt was incurred    **2014**      Last 4 digits of account number    **2  7  2  8**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$173,846.65**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

**$272,455.83**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **C.** | **Griswold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Amanda** | **L.** | **Griswold** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-42076**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Assembler** | **Unemployed** |
| **Employer's name** | **Caterpillar** | |
| **Employer's address** | | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City        State  Zip Code | City        State  Zip Code |
| **How long employed there?** | **6 years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,704.13** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$3,704.13** | **$0.00** |

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ | 4. | **$3,704.13** | **$0.00** |
| **5.** | List all payroll deductions: | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$594.01** | **$0.00** |
| | **5b.** Mandatory contributions for retirement plans | 5b. | **$222.26** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance | 5e. | **$290.80** | **$0.00** |
| | **5f.** Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues | 5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions. Specify: See continuation sheet | 5h. + | **$39.21** | **$0.00** |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$1,146.28** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | **$2,557.85** | **$0.00** |
| **8.** | List all other income regularly received: | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security | 8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: | 8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income. Specify: | 8h. + | **$0.00** | **$0.00** |
| **9.** | **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |
| **10.** | **Calculate monthly income.**    Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$2,557.85** + **$0.00** = | **$2,557.85** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: | 11. + | **$0.00** |
|---|---|---|

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | 12. | **$2,557.85** |
|---|---|---|
| | | **Combined monthly income** |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**

☐ Yes. Explain:

Debtor 1 **Glenn C. Griswold**

Debtor 2 **Amanda L. Griswold**

Case number (if known) **17-42076**

| 5h. | **Other Payroll Deductions (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Charity | $17.76 | |
| | Unicef | $21.45 | |
| | Totals: | $39.21 | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** First Name | **C.** Middle Name | **Griswold** Last Name |
| Debtor 2 (Spouse, if filing) | **Amanda** First Name | **L.** Middle Name | **Griswold** Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-42076** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent....................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 19 | ☐ No ☑ Yes |
| Son | 13 | ☐ No ☑ Yes |
| Son | 9 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No     ☐ Yes

### Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**     4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes     4a. _____

   4b.  Property, homeowner's, or renter's insurance     4b. _____

   4c.  Home maintenance, repair, and upkeep expenses     4c. _____

   4d.  Homeowner's association or condominium dues     4d. _____

| Debtor 1 | **Glenn C. Griswold** |
|----------|------------------------|
| Debtor 2 | **Amanda L. Griswold** |

Case number (if known)  __17-42076__

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.  **$350.00** |
| | 6b.  Water, sewer, garbage collection | 6b.  **$90.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  **$200.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7.  **$1,000.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  **$100.00** |
| 10. | **Personal care products and services** | 10.  **$100.00** |
| 11. | **Medical and dental expenses** | 11.  **$50.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12.  **$350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c.  **$110.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1 **Glenn C. Griswold**
Debtor 2 **Amanda L. Griswold**

Case number (if known) **17-42076**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.** **Other.** Specify: **vehicle maint.**    21. **+**    **$150.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$2,550.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$2,550.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$2,557.85** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** | **$2,550.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$7.85** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
**Debtors are in the process of selling the homestead.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **C.** | **Griswold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda** | **L.** | **Griswold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known)   **17-42076**

☑ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7
12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List Your Creditors Who Hold Secured Claims

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Guild Mortgage**<br><br>Description of property securing debt: **Homestead Arrears** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **Guild Mortgage**<br><br>Description of property securing debt: **2nd lien on homestead** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☑ Yes |

| Debtor 1 | **Glenn C. Griswold** | | |
|---|---|---|---|
| Debtor 2 | **Amanda L. Griswold** | Case number (if known) | **17-42076** |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Guild Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☑ Yes |
| Description of property securing debt: **Homestead** | | |
| Creditor's name: **Guild Mortgage Co.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☑ Yes |
| Description of property securing debt: **Homestead** | | |
| Creditor's name: **One Main Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **2007 Dodge Ram Truck** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                    Will this lease be assumed?

**None.**

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

| X **/s/ Glenn C. Griswold** | X **/s/ Amanda L. Griswold** |
|---|---|
| Glenn C. Griswold, Debtor 1 | Amanda L. Griswold, Debtor 2 |
| Date **05/16/2019** | Date **05/16/2019** |
| MM / DD / YYYY | MM / DD / YYYY |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Glenn C. Griswold**                                    CASE NO.    **17-42076**
         **Amanda L. Griswold**

                                                                CHAPTER    **7**

**Certificate of Service**

_____

I certify that a true and correct copy of the Amended Petition has been served by the U.S. first class mail and\or by
electronic filing of the following:

Date:    __**5/16/2019**__                          __**/s/ Richard Pelley**_____

                                                    **Richard Pelley**
                                                    Attorney for the Debtor(s)

Label Matrix for local noticing
0540-4
Case 17-42076
Eastern District of Texas
Sherman
Thu May 16 17:00:12 CDT 2019

AARGON COLLECTION AGENCY
8668 SPRING MOUNTAIN ROAD
LAS VEGAS, NV 89117-4132

ACE CASH EXPRESS
1231 Greenway Drive
SUITE 600
IRVING, TX 75038-2511

ACI
35A RUST LANE
BOERNE, TX 78006-8202

AD ASTRA RECOVERY SERVICES, INC.
SUITE 118
7330 W. 33RD STREET N.
WICHITA, KS 67205-9370

ADD-ADHD DIAGNOSTIC TREATMENT
1524 Independence Pkwy
PLANO, TX 75075-6406

ADVANCED CALL CENTER TECHNOLOGIES
3035 BOONES CREEK ROAD
JOHNSON CITY, TN 37615-4663

AFNI, INC.
1310 MARTIN LUTHER KING DRIVE
PO BOX 3517
BLOOMINGTON, IL 61702-3517

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON, MN 55438-0901

AMERICAN MEDICAL COLLECTION AGENCY
PO BOX 1235
ELMSFORD, NY, 10523-0935 10523-0935

AT&T
211 S Akard St
DALLAS, TX 75202-4299

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

ATG CREDIT LLC
PO BOX 14895
CHICAGO, IL 60614-8542

AVANTCREDIT II, LLC
222 N. LASALLE STREET
SUITE 1700
CHICAGO, IL 60601-1101

Aargon Agency As Agent For Uhs C Texoma Medi
Uhs C Texoma Medical Center
8668 Spring Mountain Rd
Las Vegas, NV 89117-4132

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ashley Furniture
PO Box 965036
Orlando, FL 32896-5036

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Attorney General of Texas
Collection Div. - Bankruptcy
Box 12548, Capitol Station
Austin, TX 78711-2548

BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801-5014

BRYAN RADIOLOGY ASSOCIATES
PO BOX 5306
BRYAN, TX 77805-5306

CABLE ONE
PO BOX 78000
PHOENIX, AZ 85062-8000

CAPITAL MANAGEMENT SERVICES, LP
698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317

CAPITAL ONE BANK (USA) N.A.
4851 COX ROAD
GLEN ALLEN, VA 23060-6293

CASHNET
1600 W 7TH STREET
FORT WORTH, TX 76102-2504

CENTER FOR FAMILY MEDICINE
1906 W. US HWY 82
SHERMAN, TX 75092-6894

CITIBANK USA, N.A. CITI-SEARS
PO BOX 6000
SIOUX FALLS, SD 57117-6000

COCKERELL DERMATOPATHOLOGY
PO BOX 678705
DALLAS, TX 75267-8705

CONVERGENT OUTSOURCING, INC.
800 SW 39TH ST.
PO BOX 9004
RENTON, WA 98057-9004

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY, CA 91716-0500

Michelle Chow
6318 E. Lovers Lane
Dallas, TX 75214-2016

(p)DIRECTV Inc
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Directv, LLC
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

ERC
PO BOX 23870
JACKSONVILLE, FL 32241-3870

ERC
PO BOX 57547
JACKSONVILLE, FL 32241-7547

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

FEDERATED ADJ CO
7929 N PORT WASHINGTON RD
MILWAUKEE, WI 53217-3135

FIRST CHOICE POWER
130 W. PRINCETON DRIVE
PRINCETON, TX 75407-6504

FIRST NATIONAL COLLECTION BUREAU, INC.
610 WALTHAM WAY
SPARKS, NV 89437-6695

FIRST NATIONAL CREDIT CARD
PO BOX 2496
OMAHA, NE 68103-2496

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST, NY 14228-3609

FMA ALLIANCE, LTD
12339 CUTTEN ROAD
HOUSTON, TX 77066-1807

FmHA
101 S. Main St., Suite 102
Temple, TX 76501-7651

GC SERVICES
6330 GULFTON
HOUSTON, TX 77081-1198

GUILD MORTGAGE COMPANY, A CALIFORNIA CORPORA
PO Box 85304
San Diego, CA 92186-5304

Grayson County
Linebarger Goggan Blair & Sampson LLP
c/o Melissa L. Palo
2777 N. Stemmons Freeway
Suite 1000
Dallas, Tx 75207-2328

Amanda L. Griswold
2614 Butterfield Trail
Sherman, TX 75092-4480

Glenn C. Griswold
2614 Butterfield Trail
Sherman, TX 75092-4480

Guild Mortgage
PO BOX 85046
SAN DIEGO, CA 92186-5046

Guild Mortgage Company
5898 Copley Dr., 4th Floor
San Diego, CA 92111-7916

HERITAGE PARK SURGICAL HOSPITAL
PO BOX 21863
OKLAHOMA CITY, OK 73156-1863

Hughes, Watters & Askanase, LLP
1201 Louisiana, Ste. 2800
Houston, Texas 77002-5607

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JCPENNEY
PO BOX 965007
ORLANDO, FL 32896-5007

JOHN G. RANDALL, O.D.
2306 N. TRAVIS ST.
SHERMAN, TX 75092-2517

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240

LCA COLLECTIONS
PO BOX 2240
BURLINGTON, NC 27216-2240

LIPSKY & ASSOCIATES
PO BOX 429
WEATHERFORD, TX 76086-0429

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SVCS
PO BOX 10497 MS 576
GREENVILLE, SC 29603-0497

LVNV Funding, LLC its successors and assigns
assignee of Citibank USA, N. A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO, CA 92108-2709

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

NATIONAL CREDIT ADJUSTERS
PO BOX 3023
327 W 4TH ST.
HUTCHINSON, KS 67501-4842

NORTHSTAR LOCATION SERVICES, LLC
4285 GENESEE ST
CHEEKTOWAGA, NY 14225-1943

NTTA
PO BOX 660244
DALLAS, TX 75266-0244

National Credit Adjusters, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson KS 67504-3023

ONE MAIN FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706-1010

Office of Attorney General
Child Support Division
1600 Pacific, #700
Dallas, TX 75201-3602

One Main Financial
3515 W. FM 120
Ste. 120
Denison, Texas 75020-1556

OneMain
PO Box 3251
Evansville, IN 47731-3251

PASI
PO BOX 188
BRENTWOOD, TN 37024-0188

PHOENIX FINANCIAL SERVICES LLC
8902 OTIS AVENUE
SUITE 103
INDIANAPOLIS, IN 46216-1009

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PROFESSIONAL ACCT MGMT - NTTA
PO BOX 866608
PLANO, TX 75086-6608

PROPATH
DEPT 41070
PO BOX 660811
DALLAS, TX 75266-0811

PYRAMID PAIN AND REHAB
PO BOX 837
HOWE, TX 75459-0837

Melissa L. Palo
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207-2328

(p)PELLEY LAW OFFICE L L P
905 NORTH TRAVIS STREET
SHERMAN TX 75090-5022

Pelley Law Offices
905 North Travis Street
Sherman, TX 75090-5022

QUEST DIAGNOSTICS
PO BOX 740779
CINCINATTI, OH 45274-0779

QVC, INC
1200 Wilson Dr
WEST CHESTER, PA 19380-4262

RECEIVABLE SOLUTIONS, INC
PO BOX 21808
COLUMBIA, SC 29221-1808

REPUBLIC EMERGENCY SERVICES
500 N. HIGHLAND
SHERMAN, TX 75092-7354

RICHARD D. JELSMA
425 N HIGHLAND
SUITE 110
SHERMAN, TX 75092-7383

RMP
200 N. NEW ROAD
WACO, TX 76710-6932

RS CLARK AND ASSOCIATES
12990 PANDOARA DRIVE
SUITE 150
DALLAS, TX 75238-5256

Reviver Financial, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson KS 67504-3023

SCOTT & ASSOCIATES PC
PO BOX 115220
CARROLLTON, TX 75011-5220

SHERMAN RADIOLOGY ASSOCIATES
PO BOX 340
SHERMAN, TX 75091-0340


SOUTHWEST CREDIT
4120 INTERNATIONAL PKWY
SUITE 1100
CARROLLTON, TX 75007-1958

SOUTHWEST LABORATORY LLC
4225 OFFICE PARKWAY
DALLAS, TX 75204-3628

SPEEDY CASH
4726 S State Highway 91
DENISON, TX 75020-8010


(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

SYNCHRONY BANK (ASHLEY HOME STORE)
C/O PO BOX 965036
ORLANDO, FL 32896-5036

Speedy/Rapid Cash
PO BOX 780408
Wichita, KS 67278-0408


State Comptroller
Capitol Station
Austin, TX 78711

TEXAS RADIOLOGY ASSOCIATES LLP
PO BOX 2285
INDIANAPOLIS, IN 46206-2285

TEXOMA CARE SPECIALTY PHYSICIANS
PO BOX 844693
DALLAS, TX 75284-4693


TEXOMA EMERGENCY PHYSICIANS PL
PO BOX 8775
FORT WORTH, TX 76124-0775

TEXOMA HEART GROUP
5026 POOL ROAD
DENISON, TX 75020-2803

TEXOMA MEDICAL CENTER
PO BOX 31001-0827
PASADENA, CA 91110-0827


TEXOMA NEUROLOGY ASSOCIATES, P.A.
321 HIGHLAND
SUITE 210
SHERMAN, TX 75092-7371

THE AFFILIATED GROUP
7381 AIRPORT VIEW DR SW
ROCHESTER, MN 55902-1875

THE MED
PO BOX 848526
DALLAS, TX 75284-8526


TIME WARNER CABLE
60 Columbus Cir Fl 17
NEW YORK, NY 10023-5860

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Texas Employment Commission
T.E.C. Bldg., Tax Dept.
Austin, TX 78778-0001


U S Dept of Education/MOHELA
633 Spirit Drive
Chesterfield, Mo 63005-1243

U.S. Attorney
700 Nations Bank Tower
110 N. College Ave.
Tyler, TX 75702-7226

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


UNITED REVENUE CORP
204 BILLINGS ST
STE 120
ARLINGTON, TX 76010-2495

US ANESTHESIA PARTNERS
BOX 830913
BIRMINGHAM, AL 35283-0913

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231


VITAL RECOVERY SERVICES, LLC
PO BOX 923748
PEACHTREE CORNERS, GA 30010-3748

Dominique M. Varner
Hughes, Watters & Askanase
333 Clay, 29th Floor
Houston, TX 77002-2571

(p)VETERANS ADMINISTRATION
PO BOX 11930
ST PAUL MN 55111-0930

WALMART/SYNCHRONY BANK (WMA)
PO BOX 965024
ORLANDO, FL 32896-5024

WALMART/SYNCHRONY BANK (WMG)
PO BOX 530927
ATLANTA, GA 30353-0927

WNJ WELLCARE
600 N. HIGHLAND
SUITE 103
SHERMAN, TX 75092-5631


Michael Weems
Hughes Watters Askanase
Total Plaza
1201 Louisiana St
28th Floor
Houston, TX 77002-5607


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


DIRECT TV
2230 E Imperial Hwy
EL SEGUNDO, CA 90245

DISCOVER
PO BOX 15316
WILMINGTON, DE 19850

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA 23541


Richard A. Pelley
905 N. Travis St
Sherman, TX 75090

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

SPRINGLEAF FINANCIAL SERVICES
PO BOX 3251
EVANSVILLE, IN 47731-3251


Veterans Administration
701 Clay Ave.
Waco, TX 76706-1177


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)Grayson County
Linebarger Goggan Blair & Sampson LLP
c/o Melissa L. Palo
2777 N. Stemmons Freeway
Suite 1000
Dallas, Tx 75207-2328

(d)Guild Mortgage Co.
P.O. Box 85046
San Diego, CA 92186-5046


(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)MIDLAND CREDIT MANAGEMENT, INC.
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO, CA 92108-2709

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


(d)U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

(d)US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

End of Label Matrix
Mailable recipients    123
Bypassed recipients      8
Total                  131